UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON WAREHOUSE TRADING CORP., <br>               Plaintiff, <br> v. <br><br> ALLIANCE SHIPPERS, INC., <br>               Defendant. | C. A. No. 2005-CV-10022-GAO |

## PROOF OF SERVICE

### AFFIDAVIT OF JILL BRENNER MEIXEL

Pursuant to Fed. R. Civ. P. 4(l), I, Jill Brenner Meixel, hereby certify that on February 7, 2005, Paul Fitzpatrick, Esq., agreed to accept service of process as counsel for Alliance Shippers, Inc., and on that day, I caused copies of the Summons, Complaint and Amended Complaint in this matter to be mailed to Mr. Fitzpatrick at 20 Central Street, Suite 108, Salem, MA 01970. Attached hereto as Exhibit A is a copy of the February 7, 2005 letter that I caused to be mailed to Mr. Fitzpatrick, which Mr. Fitzpatrick subsequently countersigned confirming his acceptance of service of the above-referenced documents.

Signed under penalties of perjury this 8th day of March, 2005.

Respectfully submitted,

_____
Jill Brenner Meixel, BBO# 652501
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109
(617) 720-2880
Attorneys for Boston Warehouse Trading Corp.

# DONNELLY, CONROY & GELHAAR, LLP

ONE BEACON STREET
33ʳᴰ FLOOR
BOSTON, MA 02108

TELEPHONE: (617) 720-2880   FACSIMILE: (617) 720-3554

February 7, 2005

Paul Fitzpatrick, Esq.
OMF Associates, LLC
20 Central Street, Suite 108
Salem, MA 01970

Re: Boston Warehouse Trading Corp. v. Alliance Shippers, Inc,
Civil Action No. 05-10052

Dear Mr. Fitzpatrick:

Pursuant to your conversation with James Conroy this morning, this letter confirms your agreement to accept service of the Summons, Complaint and Amended Complaint on behalf of Alliance Shippers, Inc. in the above-referenced matter. Accordingly, I have enclosed a copy of the Summons, Civil Action Cover Sheet, Complaint and Amended Complaint in this matter.

Please countersign this document in the space reflected below to confirm this agreement, and return the letter with your signature to my attention in the enclosed self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Jill Brenner Meixel

Paul Fitzpatrick, Esq.
Attorney for Alliance Shippers, Inc.