UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON WAREHOUSE TRADING CORP., <br><br>             Plaintiff, <br><br>v. <br><br>ALLIANCE SHIPPERS, INC., <br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C. A. No. 2005-CV-10022-GAO |

### STIPULATION TO ENLARGE TIME

Plaintiff Boston Warehouse Trading Corporation ("plaintiff"), and defendant Alliance Shippers, Inc. ("defendant") hereby stipulate that the time within which defendant must answer or otherwise respond to plaintiff's Amended Complaint shall be, and is hereby, enlarged to and including March 25, 2005.

Respectfully submitted,

BOSTON WAREHOUSE TRADING CORP.,

By its attorneys,

*/s/ Jill B. Meixel*
James B. Conroy, BBO# 96315
Jill Brenner Meixel, BBO# 652501
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02109
(617) 720-2880

ALLIANCE SHIPPERS, INC.,

By its attorneys,

*/s/ Paul Fitzpatrick / JBM*
Paul Fitzpatrick, BBO# 650418
OMF Associates, LLC
20 Central Street, Suite 108
Salem, MA 01970
(978) 741-4555

OF COUNSEL:

Christopher C. McNatt, Jr., Esq.
Sandler, Travis & Rosenberg and Glad & Ferguson, P.C.
801 S. Flower St., 5th Floor
Los Angeles, CA 90017
(213) 327-0155

Dated: March 9, 2005

-2-

_____

**SO ORDERED**.


_____
George A. O'Toole, Jr.
United States District Judge

Entered:_____