UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON WAREHOUSE TRADING CORP.,<br>　　　　　　Plaintiff,<br>v.<br>ALLIANCE SHIPPERS, INC.,<br>　　　　　　Defendant. | C. A. No. 2005-CV-10022-GAO |

## STIPULATION TO ENLARGE TIME

Plaintiff Boston Warehouse Trading Corporation ("plaintiff"), and defendant Alliance Shippers, Inc. ("defendant") hereby stipulate that the time within which defendant must answer or otherwise respond to plaintiff's Amended Complaint shall be, and is hereby, enlarged to and including April 8, 2005.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

BOSTON WAREHOUSE TRADING　　　　　ALLIANCE SHIPPERS, INC.,
CORP.,

By its attorneys,　　　　　　　　　　　　　By its attorneys,


_____　　　　_____
James B. Conroy, BBO# 96315　　　　　　Paul Fitzpatrick, BBO# 650418
Jill Brenner Meixel, BBO# 652501　　　　OMF Associates, LLC
Donnelly, Conroy & Gelhaar, LLP　　　　20 Central Street, Suite 108
One Beacon Street, 33rd Floor　　　　　 Salem, MA 01970
Boston, MA 02109　　　　　　　　　　　(978) 741-4555
(617) 720-2880

　　　　　　　　　　　　　　　　　　　　OF COUNSEL:

　　　　　　　　　　　　　　　　　　　　Christopher C. McNatt, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　Sandler, Travis & Rosenberg and Glad &
　　　　　　　　　　　　　　　　　　　　Ferguson, P.C.
　　　　　　　　　　　　　　　　　　　　801 S. Flower St., 5th Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　　(213) 327-0155

Dated: March 24, 2005

-2-

_____

**SO ORDERED**.



_____
George A. O'Toole, Jr.
United States District Judge

Entered:_____