UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BOSTON WAREHOUSE TRADING )
CORP., )
          Plaintiff, )   C.A. No. 2005-CV-05-10022-GAO
v. )
)
ALLIANCE SHIPPERS, INC., )
          Defendant. )

ALLIANCE SHIPPERS, INC.
CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts. Defendant Alliance Shippers Inc. hereby submits the following corporate disclosure statement by stating the Alliance Shippers inc. has no corporate parents and no publicly held corporation owns 10% or more of Alliance Shippers, Inc.'s stock.

                        Respectfully Submitted

                        ALLIANCE SHIPPERS, INC.

                        By its attorneys

                        Paul Fitzpatrick
                        BBO# 650418
                        20 Central Street, Suite 108
                        Salem MA 01970
                        (978) 741-4555

                        OF COUNSEL

                        Christopher C. McNatt, Jr., Esq.
                        Sandler, Travis & Rosenberg and Glad &
                        Ferguson, P.C.
                        801 South Flower Street, Fifth Floor
                        Los Angeles, California 90017
                        (213) 327.0155

Dated: April 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 11, 2005.

_____11 Apr 2005_____                          _____/s/ Paul Fitzpatrick_____
Date                                            Paul Fitzpatrick