UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON WAREHOUSE TRADING CORP., | ) ) | |
| Plaintiff, | ) | C. A. No. 2005-CV-10022-GAO |
| v. | ) ) | |
| ALLIANCE SHIPPERS, INC., | ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiff Boston Warehouse Trading Corporation hereby certifies that it has no parent corporation and that no publically held company owns 10% or more of its stock.

BOSTON WAREHOUSE TRADING CORP.,
By its attorneys,

/s/ Karen A. Pickett
Donnelly, Conroy & Gelhaar, LLP
James B. Conroy (BBO No. 096315)
Karen A. Pickett (BBO No. 633801)
One Beacon Street
Boston, MA 02108
(617) 720-2880

Dated: April 12, 2005