UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON WAREHOUSE TRADING CORP., | ) </br> ) |
| Plaintiff, | )    C. A. No. 2005-CV-10022-GAO |
| v. | ) </br> ) |
| ALLIANCE SHIPPERS, INC., | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Karen A. Pickett, hereby certify that on the 12th day of April, 2005, I caused the Plaintiff's Corporate Disclosure Statement to be served by first-class mail upon:

> Paul F. Fitzpatrick, Esq.
> OMF Associate LLC
> 20 Central Street, Suite 108
> Salem, MA 01970

> BOSTON WAREHOUSE TRADING CORP.,
> By its attorneys,
>
> /s/ Karen A. Pickett
> Donnelly, Conroy & Gelhaar, LLP
> James B. Conroy (BBO No. 096315)
> Karen A. Pickett (BBO No. 633801)
> One Beacon Street
> Boston, MA 02108
> (617) 720-2880

Dated: April 12, 2005