UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON WAREHOUSE TRADING CORP., <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE SHIPPERS, INC., <br><br> Defendant. | C. A. No. 2005-CV-10022-GAO |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Boston Warehouse Trading Corp., and defendant Alliance Shippers, Inc., by their respective undersigned counsel, hereby stipulate that this action, including all claims, counterclaims and defenses, is hereby dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

| BOSTON WAREHOUSE TRADING CORP., | ALLIANCE SHIPPERS, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| *[signature]* | *Paul Fitzpatrick*/JBM (with permission) |
| James B. Conroy, BBO# 96315 | Paul Fitzpatrick, BBO# 650418 |
| Jill Brenner Meixel, BBO# 652501 | OMF Associates, LLC |
| Donnelly, Conroy & Gelhaar, LLP | 20 Central Street, Suite 108 |
| One Beacon Street, 33rd Floor | Salem, MA 01970 |
| Boston, MA 02109 | (978) 741-4555 |
| (617) 720-2880 | |
| | OF COUNSEL: |
| | Christopher C. McNatt, Jr., Esq. |
| | Sandler, Travis & Rosenberg and Glad & Ferguson, P.C. |
| | 801 S. Flower St., 5th Floor |
| | Los Angeles, CA 90017 |
| | (213) 327-0155 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand and fax.
Date: 8/24/05 *[signature]*

Dated: August 24, 2005